**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: Matthew Ferrell** ) | |
| ) | **Case No: 15 B 16189** |
| ) | **Judge:    Goldgar** |
| ) | **Chapter   13** |
| **Debtor** ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S Michigan, Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Matthew Ferrell, 7212 S Emerald, Chicago, IL 60621
**See Attached Service List**

PLEASE TAKE NOTICE that on July 16, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Goldgar, or any other Bankruptcy Judge presiding in his place in Courtroom 642 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before June 26, 2019.

_____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

```
Label Matrix for local noticing          U.S. Bankruptcy Court                  Andrew Wold
0752-1                                    Eastern Division                      6681 Country Club Dr
Case 15-16189                             219 S Dearborn                        Golden Valley, MN 55427-4601
Northern District of Illinois             7th Floor
Eastern Division                          Chicago, IL 60604-1702
Tue Jun 25 23:56:31 CDT 2019

Armor Systems Co                          City of Chicago Department of Revenue City of Chicago Parking
1700 Kiefer Dr Ste 1                      c/o Arnold Scott Harris, P.C.         Dept of Revenue
Zion, IL 60099-5105                       111 W Jackson Blvd Ste. 600           PO Box 88292
                                          Chicago, IL 60604-3517                Chicago, IL 60680-1292


First Premier Bank                        Med Busi Bur                          Peoples Engy
3820 N Louise Ave                         1460 Renaissance Dr                   200 East Randolph
Sioux Falls, SD 57107-0145                Park Ridge, IL 60068-1349             Chicago, IL 60601-6302


Philadelphia Insurance Company            Revenue Recovery Corp                 SOUTHEASTERN EMERGENCY PHYSICIANS LLC
c/o Steven Gertler                        Po Box 50250                          6681 Country Club Dr
415 N LaSalle, #402                       Knoxville, TN 37950-0250              Golden Valley, MN 55427-4601
Chicago, IL 60654-2742


Jason Blust                               Marilyn O Marshall                    Matthew R Ferrell
Law Office of Jason Blust, LLC            224 South Michigan Ste 800            6424 N. Claremont
211 W. Wacker Drive                       Chicago, IL 60604-2503                3rd Floor
Ste. 300                                                                        Chicago, IL 60645-5194
Chicago, IL 60606-1390


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Philadelphia Insurance Company         End of Label Matrix
                                          Mailable recipients    15
                                          Bypassed recipients     1
                                          Total                  16
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: Matthew Ferrell** ) | |
| ) | **Case No:  15 B 16189** |
| ) | **Judge:    Goldgar** |
| ) | **Chapter  13** |
| **Debtor** ) | |

## MOTION TO MODIFY PLAN

Now comes Matthew Ferrell (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On May 6, 2015, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on June 23, 2015. The confirmed plan called for payments of $130.00 for 48 months, paying unsecured creditors 5% on their claims.

3. The Debtor filed his 2018 tax return and was due a refund of $3,333.00. Debtor's refund was offset in the amount of $722.25 by the Internal Revenue Service and Illinois Department of Revenue. Debtor used $1632.75 of his refund to pay past due rent to his landlord. Debtor fell behind on his rent throughout the year because he's the sole provider for his 4 year old son and receives no help from the child's mother financially. Debtor was struggling keeping up with his monthly rent payments and taking care of his son. As a result, Debtor fell behind on his rent and used a portion of his tax refund to catch up on his rent payments. Debtor used the remaining $978.00 of his tax refund to pay the Chapter 13 plan payments.

    4.       Debtor respectfully requests to waive his tax refund in the amount of $1632.75 and defer the remaining tax refund in the amount of $978.00 to the back of his Chapter 13 case.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Waiving his tax refund in the amount of $1632.75;
2. Deferring his tax refund in the amount of $978.00; and
3. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

    /s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001