UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-16189 |
| Matthew Ferrell | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Motion of the Debtor to Modify the Plan;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor's 2018 tax refund in the amount of $1200.00 is waived.

2. The Debtor's 2018 tax refund in the amount of $1410.75 is deferred to the end of the Chapter 13 plan.

3. Section G of the Chapter 13 plan is amended as follows: On or before April 20th, 2019 and each year thereafter, the Debtor shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor shall tender the amount of any tax refund received while the case is pending in excess of $1200.00 to the Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 days of receipt of each such refunds by the Debtor.

Enter:

AUG 0 6 2019

Honorable A. Benjamin Goldgar

Dated:                                         United States Bankruptcy Judge

**Prepared by:**
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606

Rev: 20170105_bko